IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLOS VEGA                          :              CIVIL ACTION
                                     :
        v.                           :
                                     :
STATE CORRECTIONAL INST. AT          :
FOREST, et al.                       :              NO. 14-2880

O R D E R

AND NOW, this 22nd day of August 2016, after careful and independent consideration

of Carlos Vega's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State

Custody (Doc. No. 1), review of the Report and Recommendation by United States Magistrate

Judge Carol Sandra Moore Wells (Doc. No. 10), and Petitioner's failure to file timely objections,

it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

3. A certificate of appealability shall not issue because reasonable jurists would not
   debate the correctness of this Court's ruling.  See 28 U.S.C. § 2253(c)(2); Slack v.
   McDaniel, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is directed to mark this case closed for statistical purposes.

.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.